**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

MISSOURI RURAL HOUSING OF NIXA II, L.P.,

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 05-1338**
(**Judge Charles F. Lettow**)

---

**JOINT STATUS REPORT**

Pursuant to the Court's Order of May 31, 2006, the parties respectfully submit the following Joint Status Report to apprise the Court of the status of their efforts to resolve this and numerous closely-related cases through the Court's Alternative Dispute Resolution ("ADR") pilot program.

As previously reported, the Section 515 Litigation Settlement Agreement (the "Agreement") was fully executed effective May 21, 2007, following which the parties entered the implementation phase of the settlement process. Under the current schedule, the parties expect to substantially complete that process by October 31, 2008.

To this end, a third-party appraisal firm has essentially completed the process of preparing a Market Rent Study as required by the Agreement for each of the properties in the settlement. The parties continue to review the studies for accuracy on a rolling basis. The parties are also making further progress in calculating damages amounts for each property for which a market study has been completed. As part of that effort, the parties are in the process of exchanging information necessary for the computation of damages for individual properties. As

a result, the parties have reached agreement on the market rents and damages start dates for the great majority of the properties in the settlement, and have further agreed on final damages amounts for numerous properties.

Finally, the parties have conferred with one another regarding all aspects of the settlement on a regular basis throughout the settlement process and continue to keep the ADR Judge apprised of their progress on a monthly basis. For example, counsel for the parties held extended face-to-face meetings in Washington, D.C. during the weeks of May 5, 2008 and July 14, 2008 to address a number of key issues regarding the settlement implementation, and plan to hold additional in-person meetings during the week of August 11, 2008. The parties also held status conferences with the ADR Judge on May 16, 2008 and June 25, 2008.

The parties have conferred regarding the filing of this document, and counsel for defendant has represented to counsel for plaintiffs that defendant concurs in the contents of this Joint Status Report.

Dated: July 29, 2008

**Filed Electronically**

Respectfully submitted,

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*